```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
JOSEPH LICARI,                       :   09 CIV. 6934 (DLC)
                Plaintiff,           :
                                     :       PRETRIAL
          -v-                        :   SCHEDULING ORDER
                                     :
DOUGLAS ELLIMAN PROPERTY MANAGEMENT, :
                                     :
                Defendant.           :
                                     :
-------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-6-09
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on October 2, 2009, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to **October 9, 2009** in order to pursue settlement discussions under his supervision.

2. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **October 23, 2009.**

3. No additional parties may be joined or pleadings amended after **October 30, 2009.**

4. All fact discovery must be completed by **April 30, 2010.**

5. The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    - Motion served by **May 21, 2010**
    - Opposition served by **June 11, 2010**
    - Reply served by **June 18, 2010**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

6.  In the event no motion is filed, the Joint Pretrial Order must be filed by **May 21, 2010**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         October 6, 2009

                                    _____
                                           DENISE COTE
                                    United States District Judge