USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11|12|2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                        :
JOSEPH LICARI,                          :
                        Plaintiff,      :
                                        :    09 Civ. 6934 (DLC)
        -v-                             :
                                        :         ORDER
DOUGLAS ELLIMAN PROPERTY MANAGEMENT,    :
                        Defendant.      :
                                        :
---------------------------------------- X

DENISE COTE, District Judge:

        Plaintiff Joseph Licari ("Licari") filed this employment

discrimination lawsuit on April 8, 2009 in the United States

District Court for the Eastern District of New York.  The case was

transferred to this Court on August 6, 2009 and a Fed. R. Civ. P.

16 conference was held on October 2, 2009. An October 6, 2009

Order set April 30, 2010 as the deadline for the close of

discovery, and May 21, 2010, as the date by which either a pretrial

order or motion for summary judgment should be submitted.

        In response to a joint application by the parties, an April 29

Order extended the deadline for filing a pretrial order or motion

for summary judgment to September 3, 2010.  This Order also

notified the parties that the Court would not grant further

extensions.

        On August 10, 2010, the Court received a letter dated August

6, 2010 (the "August 6 letter"), from plaintiff's counsel, Thomas

F. Bello ("Bello"), stating that he would no longer be able to

represent Licari because he had recently been named an

administrative judge with the Taxi and Limousine Commission.   The
August 6 letter does not indicate that Licari received a copy of
the letter.   Based on the August 6 letter, this Court determined
that plaintiff had demonstrated good cause for postponing the close
of discovery.   An August 10 Order extended the deadline for filing
a pretrial order or motion for summary judgment to December 3,
2010.

By letter dated November 8 (the "November 8 letter"),
defendant Douglas Elliman Property Management ("defendant")
indicates that Licari has failed to appear for a scheduled
deposition and that he has also failed to respond to defendant's
document requests and interrogatories.   The November 8 letter also
states that Bello notified defendant on July 19 of his intention to
withdraw from his representation of Licari, but that as late as
September 9, 2010, Bello was still representing Licari because
Licari had been unable to find new counsel.   The November 8 letter
requests that the Court enter a default judgment against Licari and
require Licari to pay for the defendant's attorney's fees.

On November 8, Licari filed a letter stating that Bello no
longer represents him and that he has been unable to find a new
attorney.   Attached to Licari's letter to this Court is a letter
from Bello to Licari dated June 24, 2010, in which Bello notifies
his client that he will no longer be able to represent him.
Accordingly, it is hereby

2

ORDERED that until such time as Licari notifies the Court that he has retained the assistance of counsel, this proceeding shall be designated a pro se case.

IT IS FURTHER ORDERED that Licari shall have until January 14, 2011, to have a new attorney file a notice of appearance on his behalf.

It IS FURTHER ORDERED that should Licari be unable to retain the assistance of counsel, fact discovery in this case will nevertheless conclude on **February 18, 2011**.

IT IS FURTHER ORDERED that either a motion for summary judgment or a Joint Pretrial Order shall be filed by **March 18, 2011**.

IT IS FURTHER ORDERED that plaintiff is instructed to comply with defendant's discovery demands, including defendant's interrogatories and notice of deposition.  Plaintiff is reminded that failure to fully participate in the discovery process or to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:    New York, New York
          November 12, 2010

_____
DENISE COTE
United States District Judge

3

COPIES SENT TO:

Joseph Licari
77 7th Avenue, Apt. 4L
New York, NY 10011

Thomas F. Bello
393 Lighthouse Ave.
Staten Island, NY 10306

Mark H. Moore
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010